FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MARIAN M.,

                Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

                Defendant.

NO:  2:26-CV-0150-TOR

ORDER GRANTING STIPULATED MOTION FOR REMAND

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 9).  The parties agree that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand (ECF No. 9) is **GRANTED**.

2. Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be **REVERSED and REMANDED.**  Upon remand, the Administrative Law Judge (ALJ) will be instructed to offer Plaintiff an

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

3.  Upon proper presentation, the Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

4.  All pending motions, hearings and the remaining briefing schedule are **VACATED** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** July 27, 2026.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2